**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEVIN GIORDANO,

                            Petitioner,                                            21 **CIVIL** 7623

        -against-                                                            **JUDGMENT**

CYNTHIA BRANN,

                            Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 28, 2022, the petition is denied. There being no substantial showing of the denial of a constitutional right, the Court has declined to issue a certificate of appealability. See 28 U.S.C. § 2253; Slack v. McDaniel, 529 U.S. 473,478 (2000); accordingly, the case is closed.

**DATED:** New York, New York
               June 29, 2022

                                                                             **RUBY J. KRAJICK**

                                                                             **Clerk of Court**

                          **BY:**                     *K. Mango*

                                                                             **Deputy Clerk**